AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:24-cv-10242   **DATE FILED** 01/29/2024 | United Stated District Court - District of Massachusetts |
| **PLAINTIFF**<br>STRIKE 3 HOLDINGS, LLC | **DEFENDANT**<br>JOHN DOE subscriber assigned IP address 73.38.6.36 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Notice of Voluntary Dismissal | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ROBERT M. FARRELL | /s/ Danielle Kelly | 8/9/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Cambridge, MA  **IP Address:** 73.38.6.36
**Total Works Infringed:** 26  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 687622847FCBF72623BA7D44D4273FADC5F8D6F9<br>File Hash:<br>3351AC338F0FCC68A0BA22FBEA45453B5E1B48E1866D8612BE9D5BE2D38304BC | 12/02/2023 22:26:34 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 2 | Info Hash: F2055D8DB0907EA6B1AA0C0A177F4A3F80EF06F7<br>File Hash:<br>88110DF377677322138F50CC964E7ADA4391368464113749482C6F3F8E41AB5F | 12/02/2023 22:14:35 | Vixen | 12/24/2021 | 01/17/2022 | PA0002330122 |
| 3 | Info Hash: 60479E11586C885300371E7EF2B39AA980E73046<br>File Hash:<br>E5067B14E98694607145D6A2E3137E95D5EFB650C7C22D83B210427518A201F6 | 12/02/2023 22:13:49 | Vixen | 05/06/2022 | 05/20/2022 | PA0002350383 |
| 4 | Info Hash: 0D478B5309728436BE8AE9E9D77DAD04C457CCBC<br>File Hash:<br>EC521965A2093E5BADC01BDE431283936B940CFAE8FCA375F4FB22E6A0B00068 | 12/02/2023 22:13:46 | Vixen | 08/12/2022 | 08/30/2022 | PA0002367721 |
| 5 | Info Hash: 909B496AF4569AA1C6D60555962442F032A1A8F2<br>File Hash:<br>B1462BA86433FDAA0CCC6E9A17DAF8206A2A1B93AA63953FA83D0D2F75A2DCBF | 12/02/2023 22:08:09 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 6 | Info Hash: BED15506369350B823E315DE5A4923ECAB78A62D<br>File Hash:<br>7FB2175CC434E7A121A0B6848C770E146F42858A9BECF56D388418D23BC2FEBE | 12/02/2023 22:07:58 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 7 | Info Hash: 5BB94AB1004802D18EEBFEE64CE1B93857AA2FF0<br>File Hash:<br>343FB3CCBE8AB99C8B477DE3A1DE7060783AEDBCE42409DABD9DAD035F0C365F | 12/02/2023 22:07:00 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 8 | Info Hash: 525DFF74C44E067680718A5381CD30435BD63310<br>File Hash:<br>6830034881DD8264A355FA32759E9A6955990E09BCA10630A6B988DB84DEF229 | 12/02/2023 22:03:12 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 9 | Info Hash: EFF1D49B3AEB601C2C2D1F28870A52C96EDB2306<br>File Hash:<br>36713CCDEB9594C208C0C38271AE73000DFC2C5000164E32D22320EF1C511E4C | 12/02/2023 22:02:08 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 10 | Info Hash: 70404F294DC3C1E6C1D71FD358C5C63615C149D5<br>File Hash:<br>1F640EBD797A05EFBFF6A3FFE3D4AB9B7F37BC4A4D01BE05C4D269BACCDF55F8 | 12/02/2023 21:59:53 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 11 | Info Hash: 8E08002767D54771A5EB9A5B2B9F0CBB79713E8B<br>File Hash:<br>6E29FF58E3F128D14000B4E83D005BA6E55E9F033E112582AB1E92D6EF96826B | 12/02/2023 21:58:00 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 0236ECFBBE686981231B5D9C08836B425E1F3F8E<br>File Hash: 5F4782368F2D9083587226A5D9E3AC6BD5E494FCAD6C31B5B0368AEBD3A52C5A | 11/18/2023 23:00:18 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 13 | Info Hash: E53213F3B6C88D12A2CF1B88D9197B7ECC7AD203<br>File Hash: 1CE30EDE3F31BD23D5913B5EF8D5538004B38B793935142FFD8E2122C3305EFA | 10/29/2023 19:19:46 | Blacked | 02/26/2022 | 03/29/2022 | PA0002342860 |
| 14 | Info Hash: 0E0F3454C3A7AE45CECAE5EEED86AB3525F192B8<br>File Hash: 4D86974D2FDEF8B28092BC827359AC5EFD29320F84072981F31BF39C442455A8 | 10/29/2023 19:19:04 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |
| 15 | Info Hash: 5713BD4C635A6A6E849BA724DACB837D89219E0E<br>File Hash: 0A6CB27B87C0239E11197B51A22834619620F496FE1C38B43EB813D5A8E17B9B | 10/29/2023 19:12:49 | Blacked | 03/21/2020 | 04/15/2020 | PA0002246170 |
| 16 | Info Hash: 28381BC6491AAEAEA099BC0F98D34578B40AA9B0<br>File Hash: B73159158A732C3BE13846A07283A747C7D24B69314A067BA8DF03F688B02D08 | 10/29/2023 19:12:19 | Blacked | 09/13/2021 | 10/05/2021 | PA0002315289 |
| 17 | Info Hash: 4DAC0B084B4D9F624FF1A7A2294CF52F8148A246<br>File Hash: 5B4916E1C2F660FB81810901A7FAFB6C198A40E4E668833EEC44CDBDE9899A7B | 10/29/2023 19:09:08 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 18 | Info Hash: A8150D6C555255BB31F620613271CD5549EDDF95<br>File Hash: C869228ACDF6CD4B6A9B2C45F2E857EAE281A205F239A080337831ECF1D0ED00 | 10/29/2023 19:08:37 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |
| 19 | Info Hash: 106E3922D73CD9CB6467C479C355227F3633C2FF<br>File Hash: 1E132B15616FB8EBAC81883C51BA628A2D7BE7715D5EEDA2931592A1E83E4BD5 | 08/08/2023 00:02:41 | Vixen | 03/17/2023 | 04/10/2023 | PA0002405944 |
| 20 | Info Hash: F3421E10C88338A50ABD9FF1A67B099082630410<br>File Hash: D00E997FA44E76894BF63B8373253E53B2626172862A12BEF4808AC2B1E060AB | 08/08/2023 00:02:22 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 21 | Info Hash: F798ECB4BE5EF77124A601B5AFE4CEB52656385F<br>File Hash: F07745AC93B75FE238EA6D956117CAC807E41B89EE3FC4B11D9907F227FBFA04 | 08/08/2023 00:00:49 | Vixen | 04/28/2023 | 05/15/2023 | PA0002411258 |
| 22 | Info Hash: E315C9240C9CB55D756C482C0993EAFE8436AC2B<br>File Hash: 4EB31B2A27E8E0FB886E479A8C4FC95E89FA70218985BA8FEA2C0822BC5A3A22 | 08/07/2023 23:59:51 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 23 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 08/07/2023 23:59:20 | Vixen | 10/26/2018 | 12/10/2018 | PA0002145824 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 19880F1B0D91D179CB2D2E6F5709E3B27F3B248B<br>File Hash:<br>8B5B51EBFE017FF2810F8AA95007E2095522A4685AC041087757CEEEC1E193E0 | 08/07/2023 23:49:07 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 25 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash:<br>F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08/07/2023 23:42:23 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 26 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 08/07/2023 23:37:13 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |